IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | 8:09MJ2 |
| ) | |
| TERRY L. TUCKER, JR., ) | |
| ) | |
| Defendant. ) | |

ORDER FOR DISMISSAL

IT IS ORDERED the Motion for Dismissal (Filing No. 4) in the above-captioned case is granted and the case dismissed.

DATED this 8th day of January, 2009.

BY THE COURT:

S/F.A. GOSSETT
United States Magistrate Judge